No. 2978. Koester, Apelante, v. Porto Rico Distilling Company, Apelada.—Corte de Distrito de Arecibo. Resuelto

en febrero 13, 1923. Cobro de dinero. Vista la moción de desistimiento de la apelante con la conformidad de la parte contraria, se resuelve tenerle por desistido de la apelación.